In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00099-CR

                                                ______________________________

 

 

                                GEORGE LESLIE SANDERS,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                   

 

 

                                       On Appeal from the 196th
Judicial District Court

                                                              Hunt County, Texas

                                                            Trial
Court No. 25024

 

                                                                      
                            

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            George
Leslie Sanders appeals from his convictions on three charges of delivery of
methamphetamine.  A jury assessed punishment at forty-nine
years' imprisonment in the Texas Department of Criminal Justice–Institutional
Division.  Sanders filed a single brief
with this Court, in which he raises issues common to all of his appeals.[1]  Sanders argues he was denied due process by
allegedly false misrepresentations made by the State’s witness with the goal of
inflaming the jury.  He also alleges the
trial court abused its discretion in denying motions for mistrial, and in
allowing the State to question him about previous convictions used for
enhancement during punishment.  

            We
addressed these issues in detail in our opinion of this date on Sanders’ appeal
in cause number 06-09-00098-CR.  For the
reasons stated therein, we likewise conclude that error has not been shown in
this case.

            We
affirm the trial court’s judgment.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          February
24, 2010

Date Decided:             February
26, 2010

 

Do Not Publish











[1]Sanders appeals from three
convictions for delivery of methamphetamine, cause numbers 06-09-00098-CR
through 06-09-00100-CR.